PER CURIAM.
 

 The appellant, Lori Tapper (hereinafter “defendant”), appeals revocation of her probation after the trial court found that she violated its terms by using intoxicants to excess not prescribed by a physician. We find no abuse of discretion in the trial court finding and determining valid grounds to revoke defendant’s probation. However, a formal, written order of revo
 
 *880
 
 cation of probation is required pursuant to Florida Rule of Criminal Procedure 3.995.
 
 See Green v. State,
 
 23 So.3d 820, 821 (Fla. 4th DCA 2009). We affirm the revocation of probation and subsequent sentence, but remand the case for the trial court to enter a written order of revocation of probation.
 

 MAY, DAMOORGIAN and CONNER, JJ., concur.